UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------------x
HARTFORD ACCIDENT AND INDEMNITY COMPANY,
                              Plaintiff,         Civil Case No. 4:22-cv-10878-FDS

                          -v-

MASSACHUSETTS BAY INSURANCE COMPANY,
                              Defendant.
-------------------------------------------------------------------------x

## JOINT REQUEST FOR SETTLEMENT ORDER OF DISMISSAL

Plaintiff Hartford Accident Indemnity Company ("Plaintiff") and Defendant Massachusetts Bay Insurance Company ("Defendant") jointly ask this Court to enter on the docket a 60-day Settlement Order of Dismissal. The parties are making this request to complete settlement related activities which are expected to be finalized and resolved before the expiration of a 60-day Nisi.

Currently, this Court has a Status Conference scheduled for September 18, 2024. The parties contemplate that a Settlement Order of Dismissal will allow them to avoid the significant time and expense of further litigation, including appearance before this Court at the status conference.

Accordingly, the parties respectfully ask this Court to enter on the Docket a Settlement Order of Dismissal.

3440237.v1

September 12, 2024

Respectfully submitted,

HARTFORD ACCIDENT AND
INDEMNITY COMPANY
By Its Attorneys,

/s/ *Melissa Driscoll*
Michael S. Komar (admitted *pro hac vice*)
Melissa K. Driscoll (admitted *pro hac vice*)
MENZ BONNER KOMAR &
KOENIGSBERG LLP
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
(914) 949-0222
mkomar@mbkklaw.com
mdriscoll@mbkklaw.com

/s/ *David B. Stanhill*
David B. Stanhill (BBO No. 654187)
Kara A. Loridas (BBO No. 681727)
RUBIN AND RUDMAN LLP
53 State Street
Boston, MA 02109
(617) 330-7000
kloridas@rubinrudman.com
dstanhill@rubinrudman.com

MASSACHUSETTS BAY INSURANCE
COMPANY
By Its Attorneys,

/s/ *Christopher M. Reilly*
Christopher M. Reilly
SLOANE & WALSH, LLP
One Boston Place
201 Washington Street, Suite 1600
Boston, MA 02108
(617) 523-6010
creilly@sloanewalsh.com

Mara E. Finkelstein
SLOANE & WALSH, LLP
148 Eastern Boulevard
Suite 105
Glastonbury, CT 06033
(617) 523-6010
mfinkelstein@sloanewalsh.com

3440237.v1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 12, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Mara E. Finkelstein*

Mara E. Finkelstein, Esq.