UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY, INSURANCE COMPANY<br><br>Defendant. | CIVIL ACTION<br>NO. 22-CV-10878-MRG |

## SETTLEMENT ORDER OF DISMISSAL

**GUZMAN, D.J.**

The Court having been advised on ____September 12, 2024____ that the above-entitled action has been settled,

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

____September 13, 2024____  /s/ Suzanne Frisch
Date                                                            Deputy Clerk