UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

HARTFORD ACCIDENT AND INDEMNITY
COMPANY,

                Plaintiff,

    -v-

MASSACHUSETTS BAY INSURANCE COMPANY,

                Defendant.

---------------------------------------------------------------x

Civil Case No. 4:22-cv-10878-MRG

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Hartford Accident and Indemnity Company and Defendant Massachusetts Bay Insurance Company that the above-captioned action is voluntarily dismissed pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice, with each party to bear its own fees and costs.

Dated: December 12, 2024

RUBIN AND RUDMAN LLP

By: _____
Kara A. Loridas (BBO No. 681727)
kloridas@rubinrudman
David B. Stanhill (BBO NO. 654187)
dstanhill@rubinrudman.com
53 State Street
Boston, MA 012019
(617) 330-7000
*Attorneys for Plaintiff*

Dated: December 12, 2024

SLOANE & WALSH, LLP

/s/ Christopher M. Reilly
By: _____
Christopher M. Reilly
creilly@sloanewalsh.com
201 Washington Street, Suite 1600
Boston, MA 02108
(857) 321-7059
*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

      I, Kara A. Loridas, counsel for Plaintiff Hartford Accident and Indemnity Company, hereby certify that on December 12, 2024 the foregoing document was served through the ECF system on those persons registered to receive notice thereunder.


                      */s/ Kara A. Loridas*
                      _____
                      Kara A. Loridas, Esq.